AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Richard Principio                              **JUDGMENT IN A CIVIL CASE**
                                                              CASE NUMBER: 05-CV-856

   v.

Michael McGinnis, Superintendent, et al

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that the Second Amended Complaint is dismissed with prejudice.  Further, leave to appeal to the Court of Appeals as a poor person is denied.


Date: August 16, 2007                                      RODNEY C. EARLY,
                                                                              CLERK


                                                                    By:   s/Deborah M. Zeeb
                                                                              Deputy Clerk